**No. 44652.**—Protests 553553–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44653.**—Protests 568453–G, etc., of Peerless Manufacturing Co. et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44654.**—Protests 619125–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J. It was stipulated that the merchandise here involved is similar in all respects to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44655.**—Protests 834442–G (A), etc., of A. Hirschberger (New York).

Opinion by BROWN, J. It was stipulated that the merchandise in question is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44656.**—Protest 987129–G of M. V. Jenkins (Seattle).

Opinion by WALKER, J. The facts in this case are similar to those the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). The protest was therefore sustained, directing reliquidation in accordance with the net board measurement of the lumber as stipulated by the parties. The claim as to cedar siding having been abandoned was overruled.

BEFORE THE THIRD DIVISION, OCTOBER 31, 1940

**No. 44657.**—Protests 961842–G, etc., of Standard Liquors, Inc., et al. (San Francisco, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.